**Order filed March 1, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-11-00716-CV
_____

**MOHAMMED ZAHIRRUDIN AND UNIHEALTH SERVICES, INC.,
D/B/A MEDICLINIC, Appellants**

**V.**

**RS 6600 SW FREEWAY, L.P., Appellee**

---

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2009-71889**

---

## ORDER

The clerk's record reflects Mohammed Zahirrudin filed a pro se notice of appeal on behalf of himself and "Unihealth Services, Inc., d/b/a Mediclinic."

No counsel has appeared in this court on behalf of Unihealth Services, Inc., d/b/a Mediclinic. Mohammed Zahirrudin is not an attorney and cannot represent the corporate defendant in his pro se capacity. *See Dell Dev. Corp. v. Best Indus. Uniform Supply Co., Inc.*, 743 S.W.2d 302 (Tex. App. -- Houston [14th Dist.] 1987, writ denied) (Texas Rule of Civil Procedure 7 allowing any party to a suit to appear "in person" applies to individuals,

not corporations).

On February 13, 2012, the parties were notified that the court would consider dismissal of the appeal of Unihealth Services, Inc., d/b/a Mediclinic for want of prosecution unless a response was filed showing meritorious grounds to continue its appeal.   No response was filed.

Accordingly, we order the appeal of Unihealth Services, Inc., d/b/a Mediclinic dismissed for want of prosecution.


PER CURIAM



Panel consists of Justices Frost, Seymore, and Boyce.